**No. 41577.**—Protest 973131–G of Elmer E. Dey, Jr. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Myers* v. *United States* (T. D. 49530) it was held that the lumber in question is dutiable on the basis of its condition as imported. The protest was therefore sustained.

**No. 41578.**—Protest 965538–G of Wheeler & Miller (San Francisco).

Opinion by KEEFE, J. It was established that the cereal sets in question are toys chiefly used for the amusement of children. The claim under paragraph 1513 was therefore sustained.

**No. 41579.**—Protest 959227–G of Standard Oil Co. of N. J. (New York).

Opinion by KEEFE, J. On the record presented it was found that the customs regulations were complied with. The claim for free entry under paragraph 1615 was therefore sustained.